ALTO LITIGATION, PC
  Daniel Sakaguchi (State Bar No. 222722)
  daniel@altolit.com
  Ian E. Browning (State Bar No. 262246)
  ian@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

ARMSTRONG TEASDALE LLP
  Charles W. Steese (*pro hac vice application to be filed*)
  csteese@armstrongteasdale.com
  IJay Palansky (State Bar No. 187917; *re-activation pending*)
  ipalansky@armstrongteasdale.com
  Alec P. Harris (*pro hac vice application to be filed*)
  aharris@armstrongteasdale.com
4643 S. Ulster St.
Denver, CO. 80237
Telephone: (720) 200-0676
Facsimile: (720) 200-0679

Attorneys for Defendant PETIQ, LLC

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        jsmith@bursor.com
        breed@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL  33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-mail: scott@bursor.com

Attorneys for Plaintiff RAMONA PENIKILA

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT
CASE NO.: 3:19-CV-05508-VC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA PENIKILA, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PETIQ, LLC d/b/a SENTRY,<br>Defendant. | Case No.: 3:19-cv-05508-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Action Filed: August 30, 2019<br><br>Judge: Hon. Vince Chhabria<br><br>Trial Date: None |

Plaintiff Ramona Penikila ("Penikila" or "Plaintiff") and Defendant PetIQ, LLC ("PetIQ" or "Defendant") jointly submit this Stipulation and Proposed Order extending Defendant's deadline to respond to Plaintiff's Complaint.

WHEREAS, on August 30, 2019, Penikila filed a Class Action Complaint against Defendant;

WHEREAS, Plaintiff served Defendant with the Complaint on September 11, 2019;

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to, and ask the Court to approve, the following:

    1.    Defendant shall respond to the Complaint no later than November 18, 2019.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: October 1, 2019 | | BURSOR & FISHER, P.A. |

By: /s/ L. Timothy Fisher
L. Timothy Fisher

Attorneys for Plaintiff RAMONA PENIKILA

Dated: October 1, 2019                              ALTO LITIGATION, PC

By: /s/ Daniel Sakaguchi
Daniel Sakaguchi

Attorneys for Defendant PETIQ, LLC

I, Daniel Sakaguchi am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Extending Deadline to Respond to Complaint.  Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other Signatory.

By: /s/ Daniel Sakaguchi
Daniel Sakaguchi

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 4, 2019

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE