UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA PENIKILA,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEANT'S PET CARE PRODUCTS, LLC,<br><br>        Defendant. | Case No.  19-cv-05508-VC<br><br>**ORDER VACATING HEARING AND STAYING DISCOVERY**<br><br>Re: Dkt. No. 45 |

        The hearing on the defendant's motion to strike set for Thursday, April 23 is vacated. The Court takes the matter under submission and will issue a written order. Discovery as to the out-of-state members of the proposed class continues to be stayed, pending resolution of the motion to strike. Discovery as to the California members of the proposed class may continue.

        **IT IS SO ORDERED.**

Dated: April 20, 2020

VINCE CHHABRIA
United States District Judge