Daniel Sakaguchi (Bar No. 222722)
VARELA LEE METZ & GUARINO, LLP
333 Bush Street, Suite 1500
San Francisco, California 94104
Telephone: (415) 623-7000
Facsimile: (415) 623-7001
Email: dsakaguchi@vlmglaw.com

ARMSTRONG TEASDALE, LLP
Charles W. Steese (admitted *pro hac vice*)
csteese@armstrongteasdale.com
IJay Palansky (State Bar No. 187917)
ipalansky@armstrongteasdale.com
Alec P. Harris (admitted *pro hac vice*)
aharris@armstrongteasdale.com
4643 S. Ulster St.
Denver, CO 80237
Telephone: (720) 200-0676
Facsimile: (720) 200-0679

Attorneys for SERGEANT'S PET CARE PRODUCTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA PENIKILA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT'S PET CARE PRODUCTS, d/b/a SENTRY,<br><br>Defendant. | Case No.: 3:19-cv-05508-VC<br><br>**DECLARATION OF ALEC P. HARRIS IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Hearing Date: August 13, 2020<br><br>Hearing Time: 10 a.m.<br><br>Dept.: Courtroom 4, 17th Floor<br>Action Filed: August 30, 2019<br>Judge: Hon. Vince Chhabria<br>Trial Date: None |

HARRIS DECL. IN SUPPORT OF MOT. TO DISMISS FOR FAILURE TO PROSECUTE
Case No.: 3:19-cv-05508-VC

I, Alec P. Harris, declare and state as follows:

1. I am over eighteen years of age, a citizen of the United States, and a resident of the State of Colorado.

2. I have personal knowledge of the facts stated herein.

3. I am an attorney licensed to practice law in the State of Colorado, and an Associate at the law firm Armstrong Teasdale LLP.

4. In conjunction with local counsel, Varela Lee Metz & Guarino, Armstrong Teasdale LLP represents Defendant, Sergeant's Pet Care Products LLC ("Sergeant's"), in the above-captioned case.

5. To date, Sergeant's has propounded 41 requests for production in this case. Plaintiff has produced a total of 23 pages of documents in response. These documents were first transmitted by counsel for Plaintiff on April 17, 2020.

6. Beginning in early May 2020, counsel for Sergeant's has repeatedly requested dates for Plaintiff's deposition and dates for mediation via telephone and email. Plaintiff has not provided a date for either event.

7. As of the date of this declaration, Plaintiff has not supplemented her discovery responses as ordered by the Court on May 27, 2020 in response to the parties first and second discovery dispute [ECF #60, 61].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 8th day of July 2020.

By: _____

Alec P. Harris

DECL. OF ALEC P. HARRIS IN SUPPORT OF MOT. TO INCREASE PAGES
Case No.: 3:19-cv-05508-VC

1