UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA PENIKILA,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEANT'S PET CARE PRODUCTS, LLC,<br><br>        Defendant. | Case No. 19-cv-05508-VC<br><br>**ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 65 |

The unopposed motion pursuant to Rule 41(b) to dismiss for failure to prosecute is granted.

**IT IS SO ORDERED.**

Dated: August 6, 2020

VINCE CHHABRIA
United States District Judge